**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 294 WAL 2023

         Respondent                 :

                                  :   Petition for Allowance of Appeal

                                  :   from the Order of the Superior Court

         v.                         :

                                  :

JOSEPH ANTHONY MARKIJOHN, II,      :

                                  :

         Petitioner                  :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 2nd day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.